Benjamin D. Swanson, Esq. SBN: 266629
Gregory C. Schaffer, Esq. SBN: 239836
**THE SWANSON LAW GROUP**
31824 Village Center Road, G-Unit
Westlake Village, California 91361
Tel: 818-852-7300
Fax: 818-852-7298
E-mail: Ben@theswansonlawgroup.com
           Greg@theswansonlawgroup.com

Attorney for Plaintiff,
ARMANDO ORELLANA

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| ARMANDO ORELLANA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL JEFFREY ESH, UNITED STATES, and DOES 1-100,<br><br>            Defendants. | Case No. 4:22-cv-001142-DMR<br><br>**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION OF GREGORY C. SCHAFFER, ESQ.** |

**PLEASE TAKE NOTICE** that as of March 9, 2022 my address, phone number, and email address have changed to:

THE SWANSON LAW GROUP
31824 Village Center Road, G-Unit
Westlake Village, California 91361
Tel: 818-852-7300
E-mail: Greg@theswansonlawgroup.com

Date: March 9, 2022.                                    THE SWANSON LAW GROUP

                                                                      _____
                                                                      Gregory C. Schaffer, Esq.
                                                                      Attorney for Plaintiff

NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION OF GREGORY C. SCHAFFER, ESQ. - 1