STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone:  (510) 637-3721
Facsimile:  (510) 637-3724
jevechius.bernardoni@usdoj.gov

Attorneys for the UNITED STATES
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARMANDO ORELLANA,<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL JEFFREY ESH, *et al.*,<br><br>     Defendants. | Case No. 4:22-cv-01142-DMR<br><br>**STIPULATION REGARDING MEDIATION DEADLINE; ORDER** |

The parties, by and through their counsel, hereby stipulate, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, as follows:

WHEREAS, Plaintiff filed a complaint in this action on February 24, 2022 (ECF No. 1);

WHEREAS, the parties submitted their joint initial case management statement on July 13, 2022, which proposed a mediation deadline of September 2023 (ECF No. 16);

WHEREAS, during the initial case management conference, the Court ordered that mediation be completed no later than October 13, 2023.  This deadline was confirmed by the Court's minute order following the initial case management conference (ECF No. 20);

WHEREAS, the Court thereafter issued the Case Management and Pretrial Order, which stated that mediation shall be completed by October 13, 2022 (ECF No. 21);

1  WHEREAS, the parties believe that the October 13, 2022 deadline specified in the Case Management and Pretrial Order was an inadvertent typo, and that the mediation deadline should be October 13, 2023, as reflected in the Court's minute order; and

WHEREAS, the parties further believe that, given the early stage of this case, plaintiff's counsel's pending motion to withdraw, and plaintiff's unresponsiveness to plaintiff's counsel's exhaustive efforts to contact him, scheduling a mediation on or before October 13, 2022 would not be a productive use of counsel's or the mediator's time and resources.

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that the mediation deadline should be October 13, 2023.

DATED:  August 31, 2022                    Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ Jevechius D. Bernardoni
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for the UNITED STATES
OF AMERICA

DATED:  August 31, 2022                    Respectfully submitted,

 /s/ Gregory C. Schaffer
Benjamin D. Swanson
Gregory C. Schaffer
THE SWANSON LAW GROUP

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

PURSUANT TO STIPULATION, it is so ordered.

Dated: September 1, 2022

_____
THE HONORABLE DONNA M. RYU